B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Triple M Tire, Inc
                          Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>Suite 0001<br>Chicago, IL 60679 | AMERICAN EXPRESS<br>Suite 0001<br>Chicago, IL 60679 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 34,321.45 |
| BALL TIRE & GAS INC<br>620 S. RIPLEY BLVD<br>Alpena, MI 49707 | BALL TIRE<br>620 S RIPLEY BLVD<br>Alpena, MI 49707 | NOTE FROM PURCHASE IN 2006 | Contingent<br>Unliquidated<br>Disputed | 137,500.00 |
| BRIDGESTONE/FIRESTONE INC.<br>PO Box 73418<br>Chicago, IL 60673 | BRIDGESTONE/FIRESTONE INC.<br>PO Box 73418<br>Chicago, IL 60673 | | Contingent<br>Unliquidated<br>Disputed | 316,609.57<br>(300,000.00 secured)<br>(218,004.85 senior lien) |
| CADILLAC WHOLESALE TIRE CO.<br>7987 E. 34 Rd.<br>Cadillac, MI 49601 | CADILLAC WHOLESALE TIRE CO.<br>7987 E. 34 Rd.<br>Cadillac, MI 49601 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 476,890.71 |
| CAPITAL TIRE-CLIO<br>12100 Heath St.,<br>Birch Run, MI 48415 | CAPITAL TIRE-CLIO<br>12100 Heath St.,<br>Birch Run, MI 48415 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 183,095.69 |
| CITIBANK<br>PO Box 91689<br>Des Moines, IA 50368-8916 | CITIBANK<br>PO Box 91689<br>Des Moines, IA 50368-8916 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 73,751.77 |
| COOPER TIRE & RUBBER CO.<br>701 LIMA AVE<br>Findlay, OH 45840 | COOPER TIRE & RUBBER CO.<br>Chicago, IL 60693 | JUDGMENT LIEN | Contingent<br>Unliquidated<br>Disputed | 50,000.00 |
| ENTECH INC.<br>69676 M-103<br>White Pigeon, MI 49099 | ENTECH INC.<br>69676 M-103<br>White Pigeon, MI 49099 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 29,234.00 |
| GREEN OAK TIRE(PAY)<br>7480 Kensington, Rd.<br>Brighton, MI 48277 | GREEN OAK TIRE<br>7480 Kensington, Rd.<br>Brighton, MI 48277 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 20,603.00 |
| JASON MILLER<br>2768 Big Bowl Dr.<br>Gaylord, MI 49735 | JASON MILLER<br>2768 Big Bowl Dr.<br>Gaylord, MI 49735 | RENT | Contingent<br>Unliquidated<br>Disputed | 17,631.80 |
| K&M TIRE #4<br>PO Box 279<br>Delphos, OH 45833 | K&M TIRE #4<br>PO Box 279<br>Delphos, OH 45833 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 32,796.73 |

B4 (Official Form 4) (12/07) - Cont.

In re  Triple M Tire, Inc                                     Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LB TRANSPORTATION<br>966 Bridgeviews<br>Saginaw, MI 48604 | LB TRANSPORTATION<br>966 Bridgeviews<br>Saginaw, MI 48604 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 17,861.30 |
| MICHIGAN DELEG<br>PO BOX 8068<br>Royal Oak, MI 48068 | MICHIGAN DELEG<br>PO BOX 8068<br>Royal Oak, MI 48068 | PERSONAL PROPERTY TAX | | 32,404.20<br><br>(0.00 secured) |
| NATIONAL TIRE<br>PO Box 688916<br>Zeeland, MI 49464 | NATIONAL TIRE<br>PO Box 688916<br>Zeeland, MI 49464 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 65,860.00 |
| ROBERT WESTERMAN PLC<br>117 W. FIRST STREET<br>Gaylord, MI 49735 | ROBERT WESTERMAN PLC<br>117 W. FIRST STREET<br>Gaylord, MI 49735 | LEGAL SERVICES PROVIDED | Contingent<br>Unliquidated<br>Disputed | 22,349.28 |
| SHRADERS INC.<br>PO Box 68<br>GRAND RAPIDS, MI 45331 | SHRADERS INC.<br>PO Box 68<br>PO Box 68, GR 45331 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 52,346.64 |
| STATE OF MICH - 38-2431006<br>Dept. Treasury, Dept. 77003<br>Detroit, MI 48277 | STATE OF MICH - 38-2431006<br>Dept. Treasury, Dept. 77003<br>Detroit, MI 48277 | TAXES | Contingent<br>Unliquidated<br>Disputed | 38,030.80 |
| STATE OF MICHIGAN-0978345<br>PO Box 33598<br>Detroit, MI 48232 | STATE OF MICHIGAN-0978345<br>PO Box 33598<br>Detroit, MI 48232 | UNEMPLOYMENT TAX | Contingent<br>Unliquidated<br>Disputed | 45,022.59 |
| TIRE CENTERS INC.-ZEELAND<br>3253 80th Ave.,<br>Zeeland, MI 49464 | TIRE CENTERS INC.-ZEELAND<br>3253 80th Ave.,<br>Zeeland, MI 49464 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 43,932.90 |
| US BANCORP SERVICES INC.<br>PO Box 790408<br>St. Louis, MO 63179-0408 | US BANCORP SERVICES INC.<br>PO Box 790408<br>St. Louis, MO 63179-0408 | TRADE DEBT | Contingent<br>Unliquidated<br>Disputed | 29,088.73 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 5, 2011                   Signature  /s/ Larry K. Miller
                                               Larry K. Miller
                                               President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                         Best Case Bankruptcy